UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE<br><br>*Plaintiff,*<br>v.<br><br>DONALD J. TRUMP, in his official capacity a President of the United States;<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security;<br><br>TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;<br><br>SCOTT LADWIG, in his official capacity as Acting Field Office Director of the New Orleans Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations;<br><br>PAMELA BONDI, in her official capacity as the Attorney General of the United States;<br><br>MARCO RUBIO, in his official capacity as Secretary of State. | Civil Action No.<br><br>Judge<br><br>Magistrate Judge |

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Jane Doe ("Ms. Doe") moves this Court for a temporary restraining order ("TRO"). She asks for this Court to order Defendant to immediately return her to the United

1

States without incident on February 17, 2026, and to place her on an Order of Supervision ("OSUP") to prevent her from being wrongfully deported again.

For the reasons outlined in the attached supporting memorandum, Ms. Doe respectfully asks this Court to grant her motion.

Dated: February 16, 2026

        Respectfully submitted,

| */s/ Ellen Hahn* | */s/ Whitney Hood* |
|---|---|
| **Ellen Hahn, Louisiana Bar No. 22406** | **Whitney Hood*** |
| 2223 W. St. Mary Blvd. | Sanctuary for Families |
| Lafayette, LA 70506 | 30 Wall St. 8th Floor |
| T: (337) 298-3831 | New York, New York 10268 |
| nellhahn2@gmail.com | T: (212) 271-8688 |
| *Attorney for Petitioner* | whood@sffny.org |
| | *Attorney for Petitioner* |
| | *\* motion for pro hac vice pending* |

### CERTIFICATE OF SERVICE

I certify that on February 16, 2026, I filed a copy of the foregoing with the Clerk of Court via the CM/ECF system. I further certify that a copy of this Motion and its accompanying documents have been provided to the United States Attorney's Office at the following email address: Shannnon.Smitherman@usdoj.gov.

        */s/ Ellen Hahn*_____

2