UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JANE DOE | DOCKET NO. 3:26-cv-00473<br>SECTION P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DONALD TRUMP, ET AL | MAGISTRATE JUDGE DAVID J. AYO |

### ORDER

Before the court is a petition for writ of habeas corpus [Doc. 1] filed pursuant to 28 U.S.C. § 2241 by Jane Doe ("Petitioner"), through counsel. At the time of filing, counsel for Petitioner believed Doe was still in the constructive custody of U.S. Immigration and Customs Enforcement ("ICE") because all available information through ICE Flight tracking indicated that the flight on which she was a passenger was "still in the air" at the time her petition was filed on February 16, 2026. [*Id*. at p. 2].

On February 17, 2026, Judge Hicks issued an order denying Petitioner's Motion for TRO and referred this matter to the undersigned for issuance of an expedited briefing schedule and further disposition. [Doc. 7].

Accordingly,

**IT IS ORDERED** that Respondents file an answer to the petition within 21 days of the date of this Order. Petitioner shall have seven days to reply. After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

The Clerk of Court is **INSTRUCTED** that Shannon Smitherman with the U.S. Attorney's Office is to be provided a copy of this Order via email and granted access to the Petition for Writ of Habeas Corpus [Doc. 1] and the docket in this matter.

**THUS DONE AND SIGNED** in chambers this 23rd day of February, 2026.

_____
David J. Ayo
United States Magistrate Judge