# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, et al. | Civil Action No. 26-0473<br><br>Judge Maurice Hicks, Jr.<br><br>Magistrate Judge Ayo |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe hereby voluntarily dismisses the above-captioned case. Because Defendants have not served an answer or motion for summary judgment in this action, dismissal without prejudice is warranted pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Dated: March 11, 2026

Respectfully submitted,

*/s/ Ellen Hahn*  
**Ellen Hahn, Louisiana Bar No. 22406**  
2223 W. St. Mary Blvd.  
Lafayette, LA 70506  
T: (337) 298-3831  
Nellhahn2@gmail.com  
*Attorney for Petitioner*

*/s/* Whitney Hood  
**Whitney Hood**  
Sanctuary for Families  
30 Wall St. 8th Floor  
New York, New York 10268  
T: (212) 271-8688  
whood@sffny.org  
*Attorney for Petitioner*

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2026 I filed a copy of this Motion and its accompanying documents with the Clerk of Court via the CM/ECF system. I further certify that a copy of this Motion and its accompanying documents will be provided to the United States Attorney's Office at the following email address: amy.miller2@usdoj.gov.

*/s/ Ellen Hahn*